IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00219 AWI |
| Plaintiff, | |
| v. | ORDER TO UNSEAL SUPERSEDING INDICTMENT |
| KENNETH MANUEL MARTIN, | |
| Defendant. | |

The Superseding Indictment in this case having been sealed by order of this Court on October 27, 2011 and it appearing that such Superseding Indictment no longer needs to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the Superseding Indictment be unsealed and made public record.

DATED: June 14, 2012    BY _____
GARY S. AUSTIN
United States Magistrate Judge

1