1  BENJAMIN B. WAGNER
   United States Attorney
2  HENRY Z. CARBAJAL III
   Assistant U.S. Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,              ) CASE NO.: 1:11-cr-00219-AWI-DLB
                                           )
11                                         )
              Plaintiff,                   )
12                                         ) **STIPULATION AND PROTECTIVE ORDER**
                                           ) **BETWEEN THE UNITED STATES AND**
13        v.                               ) **DEFENDANT KENNETH MANUEL MARTIN**
                                           )
14                                         )
    KENNETH MANUEL MARTIN,                 )
15                                         )
              Defendant.                   )
16                                         )
                                           )
17  _____)

18
        WHEREAS, the discovery in this case is voluminous and contains a
19
    large amount of personal and confidential information including but not
20
    limited to Social Security numbers, dates of birth, bank account
21
    numbers, telephone numbers, and residential addresses ("Protected
22
    Information"); and
23
        WHEREAS, the parties desire to avoid both the necessity of large
24
    scale redactions and the unauthorized disclosure or dissemination of
25
    this information to anyone not a party to the court proceedings in this
26
    matter;
27
        The parties agree that entry of a stipulated protective order is
28

appropriate.

THEREFORE, Defendant KENNETH MANUEL MARTIN, by and through his counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Henry Z. Carbajal III, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising his Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: July 13, 2012                BENJAMIN B. WAGNER
                                    United States Attorney

                            By:     /s/Henry Z. Carbajal III
                                    HENRY Z. CARBAJAL III
                                    Assistant U.S. Attorney

DATED: July 13, 2012        By:     /s/Charles J. Lee
                                    CHARLES J. LEE
                                    Attorney for Defendant
                                    KENNETH MANUEL MARTIN

IT IS SO ORDERED.

Dated:    July 13, 2012            _____
                                    CHIEF UNITED STATES DISTRICT JUDGE