DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KENNETH MANUEL MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:11-cr-00219 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO RESET |
| | ) BRIEFING SCHEDULE; ORDER |
| v. | ) |
| | ) Judge: Hon. Anthony W. Ishii |
| KENNETH MANUEL MARTIN, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that defense Motion to Revoke Detention Order shall be filed within 10 days of the filing of the applicable transcripts. The Government will then have 10 days from the Defense filing date to file its opposition. Upon filing of the Government's Opposition, Defense will then have 5 days to file a Reply.

The parties believe this briefing schedule will conform with the mandate of 18 U.S.C. § 3145(b) that a motion for revocation "shall be determined promptly."

                                                  BENJAMIN WAGNER
                                                  United States Attorney

DATED: July 18, 2012                           By:    /s/ *Henry Carbajal*
                                                           HENRY CARBAJAL
                                                           Assistant United States Attorney
                                                           Attorney for Plaintiff

| | |
|---|---|
| | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: July 18, 2012 | By: /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Kenneth Manuel Martin |

## **O R D E R**

**IT IS SO ORDERED.** Defense shall file its Motion for Revocation of Detention Order within 10 days of the filing of the transcripts. The Government shall file its Opposition within 10 days of the Defense filing. The Defense will file any Reply within 5 days of the filing of the Government's Opposition.

IT IS SO ORDERED.

Dated: July 20, 2012

CHIEF UNITED STATES DISTRICT JUDGE