IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-00219 AWI |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| KENNETH MANUEL MARTIN, | ) | |
| Defendant. | ) | |

**O R D E R**

**DEFENDANT'S MOTION FOR REVOCATION OF DETENTION ORDER PURSUANT TO 18 U.S.C. § 3145(b) IS DENIED.**

IT IS SO ORDERED.

Dated: August 24, 2012

CHIEF UNITED STATES DISTRICT JUDGE